| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Dale K. Galipo<br>Cooper Alison-Mayne<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd. Suite 310<br>Woodland Hills, CA 91367<br>Phone: (818)347-333 / Fax: (818)347 - 4118<br>Emails: dalekgalipo@yahoo.com; CMayne@galipolaw.com | |
| ATTORNEY(S) FOR: Plaintiff | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MARTIS CHILDS,<br><br>Plaintiff(s),<br>v.<br>COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, BARRY HALL, and DOES 1–10,<br><br>Defendant(s) | CASE NUMBER:<br>2:25-cv-00415<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  MARTIS CHILDS  or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| MARTIS CHILDS | PLAINTIFF |
| COUNTY OF LOS ANGELES, | DEFENDANT |
| RICHARD BIDDLE | DEFENDANT |
| KENT WEGENER | DEFENDANT |
| BARRY HALL | DEFENDANT |

| January 16, 2025 | /s/ Dale K. Galipo |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Martis Childs