**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER |
|---|---|
| MARTIS CHILDS<br><br>PLAINTIFF(S)/PETITIONER(S)<br>v.<br><br>COUNTY OF LOS ANGELES<br><br>DEFENDANT(S)/RESPONDENTS(S) | CV 25-00415 DDP (SKx) |
| | **ORDER TO REASSIGN CASE<br>DUE TO SELF-RECUSAL** |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

28 USC 455(a)

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

This self-recusal has been Ordered:
☑ within 120 days of the Court being assigned said case.
☐ after 120 days of the Court being assigned said case.

January 17, 2025                                                            /s/ Dean D. Pregerson
Date                                                                         United States District Judge/Magistrate Judge

---

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge __John F. Walter__. On all documents subsequently filed in this case, please substitute the initials __JFW__ after the case number in place of the initials of the prior judge so that the case number will read: __2:25-cv-00415-JFW (SKx)__.

This is very important because documents are routed to the assigned judge by means of the initials.

cc:   ☐ *Previous Judge*    ☐ *Statistics Clerk*

CV-52 (06/23)                                         ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL