**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff Martis Childs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIS CHILDS,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, BARRY HALL, and DOES 1–10,<br><br>    Defendants. | Case No.: 2:25-CV-00415-DDO (SKX)<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and Central District Local Rule 5-3.1, Plaintiffs hereby submit their proof of service of the Complaint, Summons, and other documents on Defendant County of Los Angeles (attached hereto as Exhibit "A").

DATED: March 4, 2025          LAW OFFICES OF DALE K. GALIPO

                              By: __/s/     Dale K. Galipo__
                                   Dale K. Galipo
                                   *Attorney for Plaintiff*

PROOF OF SERVICE OF SUMMONS AND COMPLAINT