Adam D. Kamenstein (SBN 225921)
 adam.kamenstein@adkfirm.com
Christine M. Adams (SBN 172876)
 christine.adams@adkfirm.com
ADAMS, DUERK & KAMENSTEIN LLP
445 S. Figueroa Street, Suite 2300
Los Angeles, CA 90071
Telephone: (914) 536-2723

Attorneys for Defendant
County of Los Angeles

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIS CHILDS,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, BARRY HALL, and DOES 1-10,<br><br>    Defendants. | Case No. 2:25-cv-00415-JFW (SKx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: February 28, 2025<br>Current Response Date: March 21, 2025<br>New Response Date: April 4, 2025 |

- 1 -    Case No. 2:25-cv-00415-JFW (SKx)
**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

Plaintiff Martis Childs ("Plaintiff") and County of Los Angeles ("Defendant"), by and through its respective attorneys, stipulate to extend Defendant's time to respond to the Complaint (Dkt. 001). In support of this stipulation, the Parties state the following facts:

1. Plaintiff filed the Complaint on January 16, 2025, in the United States District Court, Central District of California, Western Division;

2. Plaintiff served Defendant County of Los Angeles with the Summons and Complaint on February 28, 2025;

3. Defendant County of Los Angeles' original responsive pleading deadline is March 21, 2025;

4. The Parties have conferred and agreed to extend Defendant County of Los Angeles' deadline to file a response to the Complaint by 14 days from March 21, 2025, to April 4, 2025;

5. Defendant has obtained no prior extension of time within which to respond to the Complaint;

6. This extension is effective without Court approval pursuant to Local Rule 8-3; and

7. The Parties agree that the extension is not for purposes of delay, but to provide adequate time for Defendant to respond to Plaintiff's allegations.

IT IS SO STIPULATED by and between the Parties that Defendant County of Los Angeles' time to respond to the Complaint shall be extended by 14 days, from March 21, 2025, to April 4, 2025.

[*signature page follows*]

## SIGNATURE PAGE

DATED: March 21, 2025            ADAMS, DUERK & KAMENSTEIN LLP

By: _____
    Christine M. Adams
    Adam D. Kamenstein

    Attorneys for Defendant
      County of Los Angeles

DATED: March 21, 2025            LAW OFFICES OF DALE K. GALIPO

By:  /s/ Cooper Alison-Mayne
    Dale K. Galipo
    Cooper Alison-Mayne

    Attorneys for Plaintiff

- 3 -   Case No. 2:25-cv-00415-JFW (SKx)
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R. 8-3)

## ATTESTATION

Per Local Rule 5-4.3.4(a)(2)(i), the undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

DATED: March 21, 2025             ADAMS, DUERK & KAMENSTEIN LLP

By: _____
Christine M. Adams