Adam D. Kamenstein (SBN 225921)
 *adam.kamenstein@adkfirm.com*
Christine M. Adams (SBN 172876)
 *christine.adams@adkfirm.com*
ADAMS, DUERK & KAMENSTEIN LLP
445 S. Figueroa Street, Suite 2300
Los Angeles, CA 90071
Telephone: (914) 536-2723

Attorneys for Defendant
County of Los Angeles

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIS CHILDS,<br><br>           Plaintiff,<br><br>    vs.<br><br>COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, BARRY HALL, and DOES 1-10,<br><br>           Defendants. | Case No. 2:25-cv-00415-JFW (SKx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: February 28, 2025<br>Current Response Date: April 4, 2025<br>New Response Date: April 21, 2025 |

- 1 -                Case No. 2:25-cv-00415-JFW (SKx)
**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

Plaintiff Martis Childs ("Plaintiff") and County of Los Angeles ("Defendant"), by and through its respective attorneys, stipulate to extend Defendant's time to respond to the Complaint (ECF No. 1). In support of this stipulation, the Parties state the following facts:

1. Plaintiff filed the Complaint on January 16, 2025, in the United States District Court, Central District of California, Western Division;

2. Plaintiff served Defendant with the Summons and Complaint on February 28, 2025;

3. Defendant County of Los Angeles had obtained one prior extension of time within which to respond to the Complaint in that Defendant and Plaintiff filed a stipulation to extend Defendant's deadline to respond to the initial complaint by 14 days on March 21, 2025 (ECF No. 12), extending the deadline from March 21, 2025 to April 4, 2025;

4. The Parties have conferred and agreed to extend Defendant County of Los Angeles' deadline to file a response to the Complaint for an additional 16 days from April 4, 2025 to April 21, 2025;

5. This extension is effective without Court approval pursuant to Local Rule 8-3, because both stipulations combined do not extend the time more than a cumulative total of thirty (30) days from the date the response initially would have been due; and

6. The Parties agree that the extension is not for purposes of delay, but to provide adequate time for Defendant to respond to Plaintiff's allegations.

IT IS SO STIPULATED by and between the Parties that Defendant County of Los Angeles' time to respond to the Complaint shall be extended by an additional 16 days, from April 4, 2025 to April 21, 2025.

[*signature page follows*]

## SIGNATURE PAGE

DATED: April 2, 2025        ADAMS, DUERK & KAMENSTEIN LLP

By: /s/ Adam D. Kamenstein
Adam D. Kamenstein
Christine M. Adams

Attorneys for Defendant
County of Los Angeles

DATED: April 2, 2025        LAW OFFICES OF DALE K. GALIPO

By: /s/ Cooper Alison-Mayne
Dale K. Galipo
Cooper Alison-Mayne

Attorneys for Plaintiff

**ATTESTATION**

Per Local Rule 5-4.3.4(a)(2)(i), the undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

DATED: April 2, 2025                    ADAMS, DUERK & KAMENSTEIN LLP

By: _____
Adam D. Kamenstein