1  **LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
2  *dalekgalipo@yahoo.com*
Cooper Alison-Mayne (SBN 343169)
3  *cmayne@galipolaw.com*
21800 Burbank Boulevard, Suite 310
4  Woodland Hills, CA  91367
Tel:   (818) 347-3333
5  Fax:   (818) 347-4118

6  Attorneys for Plaintiff

7

8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**

10  MARTIS CHILDS

                       Plaintiffs,
11
                                              Case No. 2:25-cv-00415-JFW-SK
12         v.                                 *Assigned to*:
                                              District Judge John F. Walter
13                                            Magistrate Judge Steve Kim

14  COUNTY OF LOS ANGELES,
                                              **PROOF OF SERVICE OF**
15  RICHARD BIDDLE, KENT                      **SUMMONS AND COMPLAINT**

16  WEGENER, BARRY HALL, and

    DOES 1–10,
17

18

19                     Defendants.

20

21

22

23

24

25

26

27

28

──────────────────────────────────────────────
                    PROOF OF SERVICE OF SUMMONS AND COMPLAINT

1  **TO THIS HONORABLE COURT:**

2          Pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) and a written

3  agreement between the parties, Plaintiff hereby submits their proof of service of the

4  summons and complaint on Defendants' Richard Biddle, Kent Wegener, and Barry

5  Hall. Attached hereto as Exhibit A is a copy of the email containing the documents

6  that were served on Defendants Richard Biddle, Kent Wegener, and Barry Hall.

7  Also attached hereto as Exhibit B is a copy of the parties' email agreement

8  regarding service of the Complaint, respectively.

9

10  DATED:  April 2, 2025                    LAW OFFICES OF DALE K. GALIPO

11

12                                          By:  /s/ Cooper Alison-Mayne
                                                  Dale K. Galipo
13                                                Cooper Alison-Mayne
                                                  *Attorneys for Plaintiffs*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE OF SUMMONS AND COMPLAINT