# EXHIBIT A

# Darci Gilbert

| | |
|---|---|
| **From:** | Darci Gilbert |
| **Sent:** | Wednesday, April 2, 2025 12:13 PM |
| **To:** | adam.kamenstein@adkfirm.com; christine.adams@adkfirm.com |
| **Cc:** | Cooper Mayne |
| **Subject:** | Childs v. County of Los Angeles, et al. Case No. 2:25-cv-00415-JFW-SK |
| **Attachments:** | [01] 2025.01.16 - Complaint for Damages.pdf; [02] 2025.01.16 - Civil Cover Sheet.pdf; [08] 2025.01.16 - (Issued) Summons.pdf; 2025.04.02 Proof of Service of Complaint and Summons.pdf |

Dear Counsel,

Please see the attached Civil Complaint, Civil Cover Sheet, and Summons issued. Should you have any questions, please feel free to contact us.

Best regards,
Darci Gilbert

**Darci Gilbert, Litigation Secretary | The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: dgilbert@galipolaw.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.

If you are a potential client, the information you disclose to us by email will be kept in strict confidence and will be protected to the full extent of the law. Please be advised, however, that The Law Offices of Dale K. Galipo and its lawyers do not represent you until you have signed a retainer agreement with the firm. Until that time, you are responsible for any statutes of limitations or other deadlines for your case or potential case