# EXHIBIT B

Outlook

**Re: Childs v. COLA (2:25-cv-00415-DDP-SK)**

**From** Adam Kamenstein <Adam.Kamenstein@adkfirm.com>
**Date** Wed 4/2/2025 10:26 AM
**To** Cooper Mayne <CMayne@galipolaw.com>
**Cc** Dale Galipo <dalekgalipo@yahoo.com>; Charmaine Acosta <charmaine.acosta@adkfirm.com>; Christine Adams <christine.adams@adkfirm.com>

Yes

**ADAM KAMENSTEIN**
ADAMS, DUERK & KAMENSTEIN LLP
445 S. FIGUEROA ST., STE. 2300
LOS ANGELES, CA 90071
914.536.2723

About Adam
About ADK

**NOTICE:** This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

On Wed, Apr 2, 2025 at 10:22 AM Cooper Mayne <CMayne@galipolaw.com> wrote:
> Adam,
>
> For service of the summons and complaint on the individual defendants, do you confirm that you are authorized to accept service on their behalf and consent to service via email?
>
> Thanks,
> Cooper
>
> **Cooper Alison-Mayne, Associate Attorney** | The Law Offices of Dale K. Galipo | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Email: cmayne@galipolaw.com  www.GalipoLaw.com
>
> CONFIDENTIALITY NOTICE:
> This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.
>
> **From:** Adam Kamenstein <Adam.Kamenstein@adkfirm.com>
> **Sent:** Tuesday, April 1, 2025 4:30 PM
> **To:** Cooper Mayne <CMayne@galipolaw.com>