Adam D. Kamenstein (SBN 225921)
  *adam.kamenstein@adkfirm.com*
Christine M. Adams (SBN 172876)
  *christine.adams@adkfirm.com*
ADAMS, DUERK & KAMENSTEIN LLP
445 S. Figueroa Street, Suite 2300
Los Angeles, CA 90071
Telephone: (914) 536-2723

Attorneys for Defendants
County of Los Angeles, Richard Biddle,
Kent Wegener, and Barry Hall

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIS CHILDS,<br><br>            Plaintiff,<br><br>    vs.<br><br>COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, BARRY HALL, and DOES 1-10,<br><br>            Defendants. | Case No. 2:25-cv-00415-JFW (SKx)<br><br>**DEFENDANTS COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, AND BARRY HALL'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES**<br><br>Complaint Served: February 28, 2025<br>Current Response Date: April 21, 2025 |

**DEFENDANTS COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, AND BARRY HALL'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

COMES NOW Defendants COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, and BARRY HALL (collectively, "Defendants") answering the Complaint on file herein for itself and themselves and for no other Defendants, admit, deny, and allege as follows:

1.    Answering the first sentence in Paragraph 1 of the Complaint, this allegation contains only legal conclusions for which no response is required; to the extent that a response is required, Defendants lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein. Answering the remainder of the allegations in Paragraph 1 of the Complaint, Defendants lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

2.    Answering Paragraph 2 of the Complaint, this allegation contains only legal conclusions for which no response is required; to the extent that a response is required, Defendants lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

3.    Answering the first sentence in Paragraph 3 of the Complaint, Defendants admit that Defendant Richard Biddle was a detective with the Los Angeles County Sheriff's Department.  Answering the second sentence in Paragraph 3, Defendants lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.  Answering the third sentence in Paragraph 3, this allegation contains only legal conclusions for which no response is required; to the extent that a response is required, Defendants admit that Defendant Richard Biddle is sued in his personal capacity.

4.    Answering Paragraph 4 of the Complaint, Defendants admit that Defendant Barry Hall was a detective with the Los Angeles Sheriff's Department but deny the remainder of the allegations in this sentence.  Answering the second sentence in Paragraph 4, this allegation contains only legal conclusions for which no response is

**DEFENDANTS COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, AND BARRY HALL'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

1 required; to the extent that a response is required, Defendants admit that Defendant Barry
2 Hall is sued in his personal capacity.

3      5.      Answering Paragraph 5 of the Complaint, Defendants admit that Defendant
4 Kent Wegener was a detective with the Los Angeles Sheriff's Department but deny the
5 remainder of the allegations in this sentence.  Answering the second sentence in
6 Paragraph 5, this allegation contains only legal conclusions for which no response is
7 required; to the extent that a response is required, Defendants admit that Defendant Kent
8 Wegener is sued in his personal capacity.

9      6.      Answering the first and second sentence in Paragraph 6 of the Complaint,
10 Defendants lack sufficient information or belief to enable them to admit or deny at this
11 time and, on that ground, deny generally and specifically the allegations therein.
12 Answering the third sentence in Paragraph 6, this allegation contains only legal
13 conclusions for which no response is required; to the extent that a response is required,
14 Defendants lack sufficient information or belief to enable them to admit or deny at this
15 time and, on that ground, deny generally and specifically the allegations therein.

16      7.      Answering Paragraph 7 of the Complaint, this allegation contains only legal
17 conclusions for which no response is required; to the extent that a response is required,
18 Defendants lack sufficient information or belief to enable them to admit or deny at this
19 time and, on that ground, deny generally and specifically the allegations therein.

20      8.      Answering Paragraph 8 of the Complaint, these allegations contain only
21 legal conclusions for which no response is required; to the extent that a response is
22 required, Defendants lack sufficient information or belief to enable them to admit or deny
23 at this time and, on that ground, deny generally and specifically the allegations therein.

24      9.      Answering Paragraph 9 of the Complaint, this allegation contains only legal
25 conclusions for which no response is required; to the extent that a response is required,
26 Defendants lack sufficient information or belief to enable them to admit or deny at this
27 time and, on that ground, deny generally and specifically the allegations therein.

28 ///

**DEFENDANTS COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, AND BARRY HALL'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

1   10.    Answering Paragraph 10 of the Complaint, Defendants lack sufficient

2   information or belief to enable them to admit or deny at this time and, on that ground,

3   deny generally and specifically the allegations therein.

4   11.    Answering the first sentence in Paragraph 11 of the Complaint, Defendants

5   lack sufficient information or belief to enable them to admit or deny at this time and, on

6   that ground, deny generally and specifically the allegations therein.  Answering the

7   second sentence in Paragraph 11, Defendants admit that Joseph Bryant was "later found

8   deceased, face-down in the street."

9   12.    Answering Paragraph 12 of the Complaint, Defendants admit the allegations

10  contained therein.

11  13.    Answering Paragraph 13 of the Complaint, Defendants lack sufficient

12  information or belief to enable them to admit or deny at this time and, on that ground,

13  deny generally and specifically the allegations therein.

14  14.    Answering the first sentence in Paragraph 14 of the Complaint, Defendants

15  lack sufficient information or belief to enable them to admit or deny at this time and, on

16  that ground, deny generally and specifically the allegations therein.  Answering the

17  second sentence in Paragraph 14, this allegation contains only legal conclusions for

18  which no response is required; to the extent that a response is required, Defendants lack

19  sufficient information or belief to enable them to admit or deny at this time and, on that

20  ground, deny generally and specifically the allegations therein.

21  15.    Answering Paragraph 15 of the Complaint, Defendants lack sufficient

22  information or belief to enable them to admit or deny at this time and, on that ground,

23  deny generally and specifically the allegations therein.

24  16.    Answering Paragraph 16 of the Complaint, Defendants admit that scent

25  tracking dogs were deployed.  As to the remaining allegations in Paragraph 16,

26  Defendants lack sufficient information or belief to enable them to admit or deny at this

27  time and, on that ground, deny generally and specifically the allegations therein.

28  ///

**DEFENDANTS COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, AND BARRY HALL'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

17.    Answering Paragraph 17 of the Complaint, Defendants lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

18.    Answering Paragraph 18 of the Complaint, Defendants lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

19.    Answering Paragraph 19 of the Complaint, Defendants lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

20.    Answering Paragraph 20 of the Complaint, Defendants lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

21.    Answering Paragraph 21 of the Complaint, Defendants lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

22.    Answering Paragraph 22 of the Complaint, Defendants lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

23.    Answering Paragraph 23 of the Complaint, Defendants lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

24.    Answering Paragraph 24 of the Complaint, Defendants lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

25.    Answering Paragraph 25 of the Complaint, Defendants lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

///

**DEFENDANTS COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, AND BARRY HALL'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

26.    Answering Paragraph 26 of the Complaint, Defendants lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

27.    Answering Paragraph 27 of the Complaint, Defendants lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

28.    Answering Paragraph 28 of the Complaint, Defendants lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

29.    Answering Paragraph 29 of the Complaint, Defendants lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

30.    Answering Paragraph 30 of the Complaint, Defendants lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

31.    Answering Paragraph 31 of the Complaint, Defendants lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, generally and specifically the allegations therein.

32.    Answering Paragraph 32 of the Complaint, Defendants lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

33.    Answering Paragraph 33 of the Complaint, Defendants lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

34.    Answering the first sentence in Paragraph 34 of the Complaint, this allegation contains only legal conclusions for which no response is required; to the extent that a response is required, Defendants lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the

**DEFENDANTS COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, AND BARRY HALL'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

1  allegations therein.  Answering the second sentence in Paragraph 34, Defendants lack

2  sufficient information or belief to enable them to admit or deny at this time and, on that

3  ground, deny generally and specifically the allegations therein.

4      35.  Answering Paragraph 35 of the Complaint, Defendants lack sufficient

5  information or belief to enable them to admit or deny at this time and, on that ground,

6  deny generally and specifically the allegations therein.

7      36.  Answering the allegations in Paragraph 36, these allegations contain only

8  legal conclusions for which no response is required; to the extent that a response is

9  required, Defendants lack sufficient information or belief to enable them to admit or deny

10  at this time and, on that ground, deny generally and specifically the allegations therein.

11      37.  Answering Paragraph 37 of the Complaint, Defendants lack sufficient

12  information or belief to enable them to admit or deny at this time and, on that ground,

13  deny generally and specifically the allegations therein.

14      38.  Answering Paragraph 38 of the Complaint, Defendants lack sufficient

15  information or belief to enable them to admit or deny at this time and, on that ground,

16  deny generally and specifically the allegations therein.

17      39.  Answering the first sentence in Paragraph 39 of the Complaint, this

18  allegation contains only legal conclusions for which no response is required; to the extent

19  that a response is required, Defendants lack sufficient information or belief to enable

20  them to admit or deny at this time and, on that ground, deny generally and specifically the

21  allegations therein.  Answering the allegations contained in the second, third, and fourth

22  sentence in Paragraph 39 of the Complaint, Defendants lack sufficient information or

23  belief to enable them to admit or deny at this time and, on that ground, deny generally

24  and specifically the allegations therein.  Answering the fifth sentence in Paragraph 39,

25  this allegation contains only legal conclusions for which no response is required; to the

26  extent that a response is required, Defendants lack sufficient information or belief to

27  enable them to admit or deny at this time and, on that ground, deny generally and

28  specifically the allegations therein.

**DEFENDANTS COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, AND BARRY HALL'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

40.     Answering Paragraph 40 of the Complaint, Defendants lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

41.     Answering Paragraph 41 of the Complaint, Defendants lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

42.     Answering Paragraph 42 of the Complaint, Defendants lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

43.     Answering Paragraph 43 of the Complaint, Defendants lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

44.     Answering Paragraph 44 of the Complaint, Defendants lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

45.     Answering the first sentence in Paragraph 45 of the Complaint, this allegation contains only legal conclusions for which no response is required; to the extent that a response is required, Defendants lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein. Answering the second sentence in Paragraph 45, Defendants lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

46.     Answering the allegations in Paragraph 46 of the Complaint, these allegations contain only legal conclusions for which no response is required; to the extent that a response is required, Defendants lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

///

**DEFENDANTS COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, AND BARRY HALL'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

47.     Answering Paragraph 47 of the Complaint, Defendants Richard Biddle and
Barry Hall incorporate by reference their Answers to Paragraphs 1 through 46 of the
Complaint, as though fully set forth herein.

48.     Answering Paragraph 48 of the Complaint, these allegations contain only
legal conclusions to which no response is required; to the extent a response is required,
Defendants Richard Biddle and Barry Hall lack sufficient information or belief to enable
them to admit or deny at this time and, on that ground, deny generally and specifically the
allegations therein.

49.     Answering Paragraph 49 of the Complaint, Defendants Richard Biddle and
Barry Hall lack sufficient information or belief to enable them to admit or deny at this
time and, on that ground, deny generally and specifically the allegations therein.

50.     Answering Paragraph 50 of the Complaint, Defendants Richard Biddle and
Barry Hall lack sufficient information or belief to enable them to admit or deny at this
time and, on that ground, deny generally and specifically the allegations therein.

51.     Answering Paragraph 51 of the Complaint, Defendants Richard Biddle and
Barry Hall lack sufficient information or belief to enable them to admit or deny at this
time and, on that ground, deny generally and specifically the allegations therein.

52.     Answering Paragraph 52 of the Complaint, Defendants Richard Biddle and
Barry Hall lack sufficient information or belief to enable them to admit or deny at this
time and, on that ground, deny generally and specifically the allegations therein.

53.     Answering Paragraph 53 of the Complaint, these allegations contain only
legal conclusions to which no response is required; to the extent a response is required,
Defendants Richard Biddle and Barry Hall lack sufficient information or belief to enable
them to admit or deny at this time and, on that ground, deny generally and specifically the
allegations therein.

54.     Answering Paragraph 54 of the Complaint, these allegations contain only
legal conclusions to which no response is required; to the extent a response is required,
Defendants Richard Biddle and Barry Hall lack sufficient information or belief to enable

**DEFENDANTS COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, AND
BARRY HALL'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

1    them to admit or deny at this time and, on that ground, deny generally and specifically the

2    allegations therein.

3        55.    Answering Paragraph 55 of the Complaint, Defendants Richard Biddle and

4    Kent Wegener incorporate by reference their Answers to paragraphs 1 through 54, as

5    though fully set forth herein.

6        56.    Answering Paragraph 56 of the Complaint, Defendants Richard Biddle and

7    Kent Wegener lack sufficient information or belief to enable them to admit or deny at this

8    time and, on that ground, deny generally and specifically the allegations therein.

9        57.    Answering Paragraph 57 of the Complaint, Defendants Richard Biddle and

10   Kent Wegener lack sufficient information or belief to enable them to admit or deny at this

11   time and, on that ground, deny generally and specifically the allegations therein.

12       58.    Answering Paragraph 58 of the Complaint, Defendants Richard Biddle and

13   Kent Wegener lack sufficient information or belief to enable them to admit or deny at this

14   time and, on that ground, deny generally and specifically the allegations therein.

15       59.    Answering Paragraph 59 of the Complaint, Defendants Richard Biddle and

16   Kent Wegener lack sufficient information or belief to enable them to admit or deny at this

17   time and, on that ground, deny generally and specifically the allegations therein.

18       60.    Answering Paragraph 60 of the Complaint, these allegations contain only

19   legal conclusions to which no response is required; to the extent a response is required,

20   Defendants Richard Biddle and Kent Wegener lack sufficient information or belief to

21   enable them to admit or deny at this time and, on that ground, deny generally and

22   specifically the allegations therein.

23       61.    Answering Paragraph 61 of the Complaint, these allegations contain only

24   legal conclusions to which no response is required; to the extent a response is required,

25   Defendants Richard Biddle and Kent Wegener lack sufficient information or belief to

26   enable them to admit or deny at this time and, on that ground, deny generally and

27   specifically the allegations therein.

28   ///

**DEFENDANTS COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, AND BARRY HALL'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

62.     Answering Paragraph 62 of the Complaint, Defendants Richard Biddle and Kent Wegener lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

63.     Answering Paragraph 63 of the Complaint, these allegations contain only legal conclusions to which no response is required; to the extent a response is required, Defendants Richard Biddle and Kent Wegener lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

64.     Answering Paragraph 64 of the Complaint, these allegations contain only legal conclusions to which no response is required; to the extent a response is required, Defendants Richard Biddle and Kent Wegener lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

65.     Answering Paragraph 65 of the Complaint, Defendants Richard Biddle, Barry Hall, and Kent Wegener incorporate by reference their Answers to Paragraphs 1 through 64 of the Complaint, as though fully set forth herein.

66.     Answering Paragraph 66 of the Complaint, these allegations contain only legal conclusions to which no response is required; to the extent a response is required, Defendants Richard Biddle, Barry Hall, and Kent Wegener lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

67.     Answering Paragraph 67 of the Complaint, these allegations contain only legal conclusions to which no response is required; to the extent a response is required, Defendants Richard Biddle, Barry Hall, and Kent Wegener lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

68.     Answering Paragraph 68 of the Complaint, these allegations contain only legal conclusions to which no response is required; to the extent a response is required,

**DEFENDANTS COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, AND BARRY HALL'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

1 | Defendants Richard Biddle, Barry Hall, and Kent Wegener lack sufficient information or
2 | belief to enable them to admit or deny at this time and, on that ground, deny generally
3 | and specifically the allegations therein.

4 | 69. Answering Paragraph 69 of the Complaint, these allegations contain only
5 | legal conclusions to which no response is required; to the extent a response is required,
6 | Defendants Richard Biddle, Barry Hall, and Kent Wegener lack sufficient information or
7 | belief to enable them to admit or deny at this time and, on that ground, deny generally
8 | and specifically the allegations therein.

9 | 70. Answering Paragraph 70 of the Complaint, these allegations contain only
10 | legal conclusions to which no response is required; to the extent a response is required,
11 | Defendants Richard Biddle, Barry Hall, and Kent Wegener lack sufficient information or
12 | belief to enable them to admit or deny at this time and, on that ground, deny generally
13 | and specifically the allegations therein.

14 | 71. Answering Paragraph 71 of the Complaint, Defendant Los Angeles County
15 | incorporates its Answer to Paragraphs 1 through 70 of the Complaint, as though fully set
16 | forth herein.

17 | 72. Answering Paragraph 72 of the Complaint, including subparagraphs 72(a)
18 | through 72(g) of the Complaint, these allegations contain only legal conclusions to which
19 | no response is required; to the extent a response is required, Defendant Los Angeles
20 | County lacks sufficient information or belief to enable it to admit or deny at this time
21 | and, on that ground, deny generally and specifically the allegations therein.

22 | 73. Answering Paragraph 73 of the Complaint, these allegations contain only
23 | legal conclusions to which no response is required; to the extent a response is required,
24 | Defendant Los Angeles County lacks sufficient information or belief to enable it to admit
25 | or deny at this time and, on that ground, deny generally and specifically the allegations
26 | therein.

27 | 74. Answering Paragraph 74 of the Complaint, these allegations contain only
28 | legal conclusions to which no response is required; to the extent a response is required,

**DEFENDANTS COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, AND BARRY HALL'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

Defendant Los Angeles County lacks sufficient information or belief to enable it to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

75.     Answering Paragraph 75 of the Complaint, these allegations contain only legal conclusions to which no response is required; to the extent a response is required, Defendant Los Angeles County lacks sufficient information or belief to enable it to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

76.     Answering Paragraph 76 of the Complaint, Defendants Richard Biddle and Los Angeles County incorporate by reference their Answers to Paragraphs 71 through 75 of the Complaint, as though fully set forth herein.

77.     Answering Paragraph 77 of the Complaint, these allegations contain only legal conclusions to which no response is required; to the extent a response is required, Defendants Richard Biddle and Los Angeles County lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

78.     Answering Paragraph 78 of the Complaint, these allegations contain only legal conclusions to which no response is required; to the extent a response is required, Defendants Richard Biddle and Los Angeles County lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

79.     Answering Paragraph 79 of the Complaint, these allegations contain only legal conclusions to which no response is required; to the extent a response is required, Defendants Richard Biddle and Los Angeles County lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

80.     Answering Paragraph 80 of the Complaint, these allegations contain only legal conclusions to which no response is required; to the extent a response is required,

**DEFENDANTS COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, AND BARRY HALL'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

Defendants Richard Biddle and Los Angeles County lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

81.    Answering Paragraph 81 of the Complaint, Defendants Richard Biddle and Los Angeles County incorporate by reference their Answers to Paragraphs 1 through 80 of the Complaint, as though fully set forth here.

82.    Answering Paragraph 82 of the Complaint, these allegations contain only legal conclusions to which no response is required; to the extent a response is required, Defendants Richard Biddle and Los Angeles County lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

83.    Answering Paragraph 83 of the Complaint, these allegations contain only legal conclusions to which no response is required; to the extent a response is required, Defendants Richard Biddle and Los Angeles County lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

84.    Answering Paragraph 84 of the Complaint, these allegations contain only legal conclusions to which no response is required; to the extent a response is required, Defendants Richard Biddle and Los Angeles County lack sufficient information or belief to enable them to admit or deny at this time and, on that ground, deny generally and specifically the allegations therein.

85.    Answering Paragraph 85 of the Complaint, Defendants Richard Biddle and Los Angeles County incorporate by reference their Answers to Paragraphs 81 through 84, as though fully set forth herein.

86.    Answering Paragraph 86 of the Complaint, these allegations contain only legal conclusions to which no response is required; to the extent a response is required, Defendants Richard Biddle and Los Angeles County lack sufficient information or belief

///

**DEFENDANTS COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, AND BARRY HALL'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

1  to enable them to admit or deny at this time and, on that ground, deny generally and

2  specifically the allegations therein.

3      87.    Answering Paragraph 87 of the Complaint, these allegations contain only

4  legal conclusions to which no response is required; to the extent a response is required,

5  Defendants Richard Biddle and Los Angeles County lack sufficient information or belief

6  to enable them to admit or deny at this time and, on that ground, deny generally and

7  specifically the allegations therein.

8      88.    Answering Paragraph 88 of the Complaint, these allegations contain only

9  legal conclusions to which no response is required; to the extent a response is required,

10 Defendants Richard Biddle and Los Angeles County lack sufficient information or belief

11 to enable them to admit or deny at this time and, on that ground, deny generally and

12 specifically the allegations therein.

13     89.    Answering Paragraph 89 of the Complaint, Defendants Richard Biddle and

14 Los Angeles County incorporate by reference their Answers to Paragraphs 1 through 88,

15 as though fully set forth herein.

16     90.    Answering Paragraph 90 of the Complaint, these allegations contain only

17 legal conclusions to which no response is required; to the extent a response is required,

18 Defendants Richard Biddle and Los Angeles County lack sufficient information or belief

19 to enable them to admit or deny at this time and, on that ground, deny generally and

20 specifically the allegations therein.

21     91.    Answering Paragraph 91 of the Complaint, these allegations contain only

22 legal conclusions to which no response is required; to the extent a response is required,

23 Defendants Richard Biddle and Los Angeles County lack sufficient information or belief

24 to enable them to admit or deny at this time and, on that ground, deny generally and

25 specifically the allegations therein.

26     92.    Answering Paragraph 92 of the Complaint, these allegations contain only

27 legal conclusions to which no response is required; to the extent a response is required,

28 Defendants Richard Biddle and Los Angeles County lack sufficient information or belief

**DEFENDANTS COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, AND BARRY HALL'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

1   to enable them to admit or deny at this time and, on that ground, deny generally and

2   specifically the allegations therein.

3        93.     Answering Paragraph 93 of the Complaint, these allegations contain only

4   legal conclusions to which no response is required; to the extent a response is required,

5   Defendants Richard Biddle and Los Angeles County lack sufficient information or belief

6   to enable them to admit or deny at this time and, on that ground, deny generally and

7   specifically the allegations therein.

8        94.     Answering Paragraph 94 of the Complaint, these allegations contain only

9   legal conclusions to which no response is required; to the extent a response is required,

10   Defendants Richard Biddle and Los Angeles County lack sufficient information or belief

11   to enable them to admit or deny at this time and, on that ground, deny generally and

12   specifically the allegations therein.

13        95.     Answering Paragraph 95 of the Complaint, these allegations contain only

14   legal conclusions to which no response is required; to the extent a response is required,

15   Defendants Richard Biddle and Los Angeles County lack sufficient information or belief

16   to enable them to admit or deny at this time and, on that ground, deny generally and

17   specifically the allegations therein.

18        96.     Answering Paragraph 96 of the Complaint, these allegations contain only

19   legal conclusions to which no response is required; to the extent a response is required,

20   Defendants Richard Biddle and Los Angeles County lack sufficient information or belief

21   to enable them to admit or deny at this time and, on that ground, deny generally and

22   specifically the allegations therein.

23        97.     Answering Paragraph 97 of the Complaint, Defendants Richard Biddle and

24   Los Angeles County incorporate by reference their Answers to Paragraphs 1 through 96

25   of the Complaint, as though fully set forth herein.

26        98.     Answering Paragraph 98 of the Complaint, these allegations contain only

27   legal conclusions to which no response is required; to the extent a response is required,

28   Defendants Richard Biddle and Los Angeles County lack sufficient information or belief

**DEFENDANTS COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, AND BARRY HALL'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

1 | to enable them to admit or deny at this time and, on that ground, deny generally and
2 | specifically the allegations therein.

3 |     99.    Answering Paragraph 99 of the Complaint, these allegations contain only
4 | legal conclusions to which no response is required; to the extent a response is required,
5 | Defendants Richard Biddle and Los Angeles County lack sufficient information or belief
6 | to enable them to admit or deny at this time and, on that ground, deny generally and
7 | specifically the allegations therein.

8 |     100.    Answering Paragraph 100 of the Complaint, these allegations contain only
9 | legal conclusions to which no response is required; to the extent a response is required,
10 | Defendants Richard Biddle and Los Angeles County lack sufficient information or belief
11 | to enable them to admit or deny at this time and, on that ground, deny generally and
12 | specifically the allegations therein.

13 |     101.    Answering Paragraph 101 of the Complaint, these allegations contain only
14 | legal conclusions to which no response is required; to the extent a response is required,
15 | Defendants Richard Biddle and Los Angeles County lack sufficient information or belief
16 | to enable them to admit or deny at this time and, on that ground, deny generally and
17 | specifically the allegations therein.

18 |     102.    Answering Paragraph 102 of the Complaint, these allegations contain only
19 | legal conclusions to which no response is required; to the extent a response is required,
20 | Defendants Richard Biddle and Los Angeles County lack sufficient information or belief
21 | to enable them to admit or deny at this time and, on that ground, deny generally and
22 | specifically the allegations therein.

23 |     103.    Answering Paragraph 103 of the Complaint, these allegations contain only
24 | legal conclusions to which no response is required; to the extent a response is required,
25 | Defendants Richard Biddle and Los Angeles County lack sufficient information or belief
26 | to enable them to admit or deny at this time and, on that ground, deny generally and
27 | specifically the allegations therein.

28 | ///

**DEFENDANTS COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, AND BARRY HALL'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

1

## FIRST AFFIRMATIVE DEFENSE

2    104.    Defendants are entitled to immunity from damages accruing after the

3    intervention of judicial officers, i.e., the District Attorney and the judge, since it is

4    presumed that they exercised independent judgment.

5

## SECOND AFFIRMATIVE DEFENSE

6    105.    The arrest of Plaintiff was supported by probable cause.

7

## THIRD AFFIRMATIVE DEFENSE

8    106.    Plaintiff's Complaint does not state facts sufficient to constitute a cause of

9    action against the Defendants under 42 U.S.C. § 1983 because simple negligence pursuant

10    to the United States Supreme Court decision of *Parratt v. Taylor*, 451 U.S. 527 (1981), is

11    not a federal civil rights violation.

12

## FOURTH AFFIRMATIVE DEFENSE

13    107.    Under the Civil Rights Act, where intent is an element of the claim, the facts

14    must be alleged in the Complaint with specificity and the facts alleged in the Complaint

15    are not alleged with specificity, including as to which defendant performed a specific

16    alleged act and the specific conduct alleged to constitute such act.

17

## FIFTH AFFIRMATIVE DEFENSE

18    108.    The Complaint fails to state a cause of action.

19

## SIXTH AFFIRMATIVE DEFENSE

20    109.    Probable cause existed for the prosecution of Plaintiff.

21

## SEVENTH AFFIRMATIVE DEFENSE

22    110.    The actions of the Defendants in all respects were reasonable, proper, and

23    legal.

24

## EIGHTH AFFIRMATIVE DEFENSE

25    111.    Defendants are entitled to qualified immunity since the applicable law was

26    not clearly established and since a reasonable official in their positions could have

27    believed their conduct was lawful.

28    ///

**DEFENDANTS COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, AND BARRY HALL'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

## NINETH AFFIRMATIVE DEFENSE

112.   The answering Defendants are not legally responsible for the acts and/or omissions of the DOE Defendants.

## TENTH AFFIRMATIVE DEFENSE

113.   Pursuant to Government Code § 818 and *Newport City v. Fact Concerts, Inc.*, 453 U.S. 247, 101 S.Ct. 2748, 69 L.Ed.2d 616 (1981), the County is not liable for exemplary or punitive damages in any sum, or at all.

## ELEVENTH AFFIRMATIVE DEFENSE

114.   Plaintiff's Complaint fails to state a cause of action against the County for, pursuant to *Monell v. Department of Social Services of the City of New York*, 436 U.S. 658, 98 S.Ct. 2018, 56 L.Ed.2d 611 (1978), there can be no recovery for a federal civil rights violation where there is no constitutional deprivation occurring pursuant to governmental policy or custom.

## TWELFTH AFFIRMATIVE DEFENSE

115.   The District Attorney and Sheriff and their subordinates act on behalf of the state, not the County, when engaged in law enforcement activities.  Consequently, any policies, practices or customs alleged in the Complaint are not those of the County.

## THIRTEENTH AFFIRMATIVE DEFENSE

116.   The County is immune from liability under the Eleventh Amendment to the Constitution of the United States.

## FOURTEENTH AFFIRMATIVE DEFENSE

117.   The actions of the County and its employees in all respects were reasonable, proper, and legal.

## FIFTEENTH AFFIRMATIVE DEFENSE

118.   Defendants are entitled to quasi-judicial immunity.

## SIXTEENTH AFFIRMATIVE DEFENSE

119.   Neither a public entity nor a public employee is liable for his act or omission, exercising due care, in the execution or enforcement of any law.

**DEFENDANTS COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, AND BARRY HALL'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

## SEVENTEENTH AFFIRMATIVE DEFENSE

120.   Neither a public employee nor a public entity is liable for any injury caused by the act or omission of another person.

## EIGHTEENTH AFFIRMATIVE DEFENSE

121.   Neither a public entity nor a public employee is liable for any injury caused by the institution or prosecution of any judicial proceedings within the scope of the public employee's employment.

## NINETEENTH AFFIRMATIVE DEFENSE

122.   Neither a public entity nor a public employee is liable for any injury resulting from his act or omission where the act or omission was the result of the exercise of the discretion vested in him.

## TWENTIETH AFFIRMATIVE DEFENSE

123.   Neither a public entity nor a public employee is liable for any injury caused by adopting or failing to adopt an enactment or by failing to enforce any law.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

124.   Neither a public entity nor a public employee is liable for his act or omission, exercising due care, in the execution or enforcement of any law.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

125.   Neither a public entity nor a public employee acting in good faith, without malice, and under the apparent authority of an enactment that is unconstitutional, invalid or inapplicable, is liable for any injury caused thereby, except to the extent that he would have been liable had the enactment been constitutional, valid and applicable.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

126.   To the extent that Plaintiff suffered any detriment, such detriment was caused or contributed to by Plaintiff's own negligence and damage, if any, should be reduced in direct proportion to their fault.

///

///

**DEFENDANTS COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, AND BARRY HALL'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

127.   The negligence of a third-party or parties was a superceding, intervening cause of the Plaintiff's injuries.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

128.   Defendants are not liable pursuant to the doctrine of assumption of risk.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

129.   Each of Plaintiff's state law claims are barred by the absolute privilege of Government Code § 821.6.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

130.   Each of Plaintiff's state law claims are barred by the absolute privilege of Government Code § 820.2.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

131.   The Complaint and individual theories of relief set forth therein are barred by Plaintiff's failure to timely comply with the California public entity claims filing provisions.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

132.   This action is barred by the applicable statute of limitations.

## THIRTIETH AFFIRMATIVE DEFENSE

133.   Plaintiff's claims are barred by the doctrine of collateral estoppel.

## PRAYER FOR RELIEF

WHEREFORE, Defendants pray that Plaintiff take nothing by way of his Complaint and that Defendants herein recover its costs and such other and further relief as the Court may deem just and proper.

*[Signature page follows.]*

**DEFENDANTS COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, AND BARRY HALL'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

**SIGNATURE PAGE**

Dated: April 21, 2025                          ADAMS, DUERK & KAMENSTEIN LLP


By _____
ADAM D. KAMENSTEIN
CHRISTINE M. ADAMS
Attorneys for Defendants
  COUNTY OF LOS ANGELES,
  RICHARD BIDDLE, KENT WEGENER,
  and BARRY HALL

**DEFENDANTS COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, AND
BARRY HALL'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

1

## **CERTIFICATE OF SERVICE**

2     I hereby certify that I electronically filed a copy of this document (and all

3  attachments) via CM/ECF, which will cause a copy to be served on all counsel of record.

4  Dated: April 21, 2025           ADAMS, DUERK & KAMENSTEIN LLP

5

6

7                          By _____

                             ADAM D. KAMENSTEIN

8                             Attorney for Defendants

9                               COUNTY OF LOS ANGELES,

                               RICHARD BIDDLE,

10                             KENT WEGENER, and

11                             BARRY HALL

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**