NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Adam D. Kamenstein (SBN 225921)
Christine M. Adams (SBN 172876)
ADAMS, DUERK & KAMENSTEIN LLP
445 S. Figueroa Street, Suite 2300
Los Angeles, CA 90071
Telephone: (914) 536-2723

ATTORNEY(S) FOR: Defendants County of Los Angeles, Richard Biddle, Kent Wegener, and Barry Hall

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIS CHILDS<br><br>Plaintiff(s),<br><br>v.<br><br>COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, BARRY HALL, and DOES 1-10,<br><br>Defendant(s) | CASE NUMBER:<br>2:25-cv-00415-JFW (SKx)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   County of Los Angeles, Richard Biddle, Kent Wegener, and Barry Hall
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| None | |

April 21, 2025
Date

Signature: [signature]

Attorney of record for (or name of party appearing in pro per):

Adam D. Kamenstein