Adam D. Kamenstein (SBN 225921)
 adam.kamenstein@adkfirm.com
Christine M. Adams (SBN 172876)
 christine.adams@adkfirm.com
ADAMS, DUERK & KAMENSTEIN LLP
445 S. Figueroa Street, Suite 2300
Los Angeles, CA 90071
Telephone: (914) 536-2723

Attorneys for Defendant
County of Los Angeles

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIS CHILDS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, BARRY HALL, and DOES 1-10,<br><br>　　　　Defendants. | Case No. 2:25-cv-00415-JFW (SKx)<br><br>**DECLARATION OF LEAD TRIAL COUNSEL**<br><br>Complaint Served: February 28, 2025 |

- 1 -
Case No. 2:25-cv-00415-JFW (SKx)
**DECLARATION OF LEAD TRIAL COUNSEL**

**DECLARATION OF LEAD TRIAL COUNSEL**

I, Adam D. Kamenstein, declare as follows:

1. I am a partner at Adams, Duerk & Kamenstein LLP, counsel of record for Defendants Richard Biddle, Kent Wegener, and Barry Hall in the above-captioned action. I am admitted to practice in the United States District Court for the Central District of California. I have personal knowledge of each of the facts set forth below, and if called to testify, could and would competently thereto.

2. I am lead counsel for Defendants Richard Biddle, Kent Wegener, and Barry Hall.

3. I am registered as a CM/ECF User for the United States District Court, Central District of California.

4. My e-mail address of record is adam.kamenstein@adkfirm.com

5. I have read the Court's Standing Order and the Local Rules for the Central District of California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 21st day of April 2025 in Los Angeles, California.

_____
Adam D. Kamenstein