Name, Address and Telephone Number of Attorney(s):
LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Mayne (SBN 343169)
cmayne@galipolaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIS CHILDS<br><br>Plaintiff(s)<br>v.<br><br>COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, BARRY HALL, and DOES 1–10<br><br>Defendant(s). | CASE NUMBER<br><br>25-cv-415-JFW(SKx)<br><br>**REQUEST:**<br>**ADR PROCEDURE SELECTION** |

Pursuant to L.R. 16-15, the parties request that the Court approve the following ADR procedure:

☐ **ADR PROCEDURE NO. 1** - The parties shall appear before the
  ☐ magistrate judge assigned to the case *or* ☐ or any active magistrate judge.
  for such settlement proceedings as the judge may conduct or direct.

☐ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel.

☒ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: 5/23/2025          /s/Cooper Alison-Mayne
                          Attorney for Plaintiff  Martis Childs

Dated: _____        _____
                          Attorney for Plaintiff

Dated: 05/23/2025         /s/ Karen Escalante
                          Attorney for Defendant  County of Los Angeles, Richard Biddle, Kent Wegener, and Barry Hall

Dated: _____        _____
                          Attorney for Defendant

NOTE: If additional signatures are required, attach an additional page to this request.

ADR-01 (03/25)            REQUEST: ADR PROCEDURE SELECTION            Page 1 of 1