# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Martis Childs** <br><br>                   Plaintiff(s) <br> v. <br><br> **County of Los Angeles, et al.** <br><br>                   Defendant(s). | CASE NUMBER: <br><br> CV 25-415-JFW(SKx) <br><br> ORDER VACATING SCHEDULING CONFERENCE, REFERRAL TO PRIVATE MEDIATION, and DISMISSING ANY UNSERVED DOE DEFENDANTS |

The Court has reviewed the parties' Joint Rule 26(f) Report and finds that a Scheduling Conference is not necessary.

- **The hearing on June 9, 2025 is vacated and taken off calendar**
- **A Scheduling and Case Management Order will issue**
- **Any unserved DOE defendants are dismissed at this time**

The Court, having considered the parties' Request: ADR Procedure Selection, the Notice to Parties of Court-Directed ADR Program, or the report submitted by the parties pursuant to Fed. R. Civ. P. 26(f) and Civil L.R. 26-1, hereby orders this case referred to:

- **ADR Procedure No. 3: Private mediation**

  ▸ The ADR proceeding is to be completed no later than: **February 2, 2026**
  ▸ The Joint Report re: Results of Settlement Conference is due on: **February 6, 2026**

Counsel are responsible for contacting the private mediator at the appropriate time to arrange for further proceedings.

**Dated: May 28, 2025**

_____
United States District Judge

CC: ADR