**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIS CHILDS<br><br>PLAINTIFF(S)<br>v.<br>COUNTY OF LOS ANGELES, ET AL.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:25-cv-00415-CAS-SKx<br><br>**ORDER RETURNING CASE**<br>**FOR REASSIGNMENT** |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

July 15, 2025
Date

*Christina A. Snyder*
United States District Judge

---

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge ___George H. Wu___ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials ___GW___ after the case number in place of the initials of the prior judge so that the case number will read ___2:25-cv-00415 GW (SKx)___. This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ Previous Judge    ☐ Statistics Clerk