# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| MARTIS CHILDS, | 2:25-cv-●●415-GW (SKx) |
| PLAINTIFF(S) | |
| v. | |
| COUNTY OF LOS ANGELES, et al., | **ORDER RETURNING CASE FOR REASSIGNMENT** |
| DEFENDANT(S). | |

    IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

July 21, 2025
Date

_George H. W___
United States District Judge

---

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge ___Otis D. Wright, II___ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials ___ODW___ after the case number in place of the initials of the prior judge so that the case number will read ___2:25-cv-00415-ODW (SKx)___ This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ Previous Judge  ☐ Statistics Clerk

CV-89 (06/23)  ORDER RETURNING CASE FOR REASSIGNMENT