1  Adam D. Kamenstein (SBN 225921)
    *adam.kamenstein@adkfirm.com*
2  Christine M. Adams (SBN 172876)
    *christine.adams@adkfirm.com*
3  Karen E. Escalante
    *karen.escalante@adkfirm.com*
4  ADAMS, DUERK & KAMENSTEIN LLP
5  445 S. Figueroa Street, Suite 2300
6  Los Angeles, CA 90071
7  Telephone: (914) 536-2723

8  Attorneys for Defendants
   County of Los Angeles,
9  Richard Biddle,
   Kent Wegener, and
10 Barry Hall

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIS CHILDS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, BARRY HALL, and DOES 1-10,<br><br>　　　　Defendants. | Case No. 2:25-cv-00415-ODW (SKx)<br><br>**NOTICE OF DEFENDANT COUNTY OF LOS ANGELES'S SUBPOENAS TO PRODUCE DOCUMENTS**<br><br>Complaint Filed: February 7, 2025 |

TO THE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 45(a)(4), that Defendant County of Los Angeles intends to serve a subpoena, in the forms attached hereto as Exhibit 1 through Exhibit 2, on the following entities:

1. Michael Robert Balmer II #169669
   Michael R. Balmer II, APC
   905 Calle Negocio, Unit 73430
   San Clemente, CA

2. Gretchen Dahlinger Gaspari #202945
   Castaneda Law
   1055 Wilshire Blvd Ste 1940
   Los Angeles, CA 90017-5602

DATED: August 14, 2025          ADAMS, DUERK & KAMENSTEIN LLP

By: /s/ Karen Escalante
    Adam D. Kamenstein
    Christine M. Adams
    Karen E. Escalante

    Attorneys for Defendants
    County of Los Angeles,
    Richard Biddle,
    Kent Wegener, and
    Barry Hall

NOTICE OF DEFENDANT COUNTY OF LOS ANGELES'S SUBPOENAS TO PRODUCE DOCUMENTS

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed a copy of this document (and all attachments) via CM/ECF, which will cause a copy to be served on all counsel of record.

DATED: August 14, 2025                **ADAMS, DUERK & KAMENSTEIN LLP**

                                      By: /s/ Karen Escalante
                                      _____
                                      Karen Escalante