# EXHIBIT 2

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| MARTIS CHILDS<br>*Plaintiff*<br>v.<br>COUNTY OF LOS ANGELES, et al.<br>*Defendant* | Civil Action No. 2:25-cv-00415-ODW (SKx) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Gretchen Dahlinger Gaspari #202945

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment A

| Place: See Attachment A | Date and Time: 08/28/2025 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 08/14/2025

*CLERK OF COURT*

OR  /s/ Karen Escalante

_____          _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* County of Los Angeles , who issues or requests this subpoena, are:
Adam Kamenstein and Karen Escalante, 445 S. Figueroa St., Ste. 2300, LA CA 90071, adam.kamenstein@adkfirm.com, karen.escalante@adkfirm.com, (914) 536-2723

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).



WRITER'S TELEPHONE NO.
(213) 408-4082

WRITER'S EMAIL ADDRESS
Karen.Escalante@adkfirm.com

### Attachment A

To:     Gretchen Dahlinger Gaspari, #202945
        1055 Wilshire Blvd, Ste 1940
        Los Angeles, CA 90071-5602

For the below-listed individuals:

1. **MARTIS LEONARD CHILDS**

Please provide a complete copy of the case file for *People of the State of California v. Childs, Martis Leonard,* Case No. LAMVA109176-01 in the Superior Court of the State of California for the County of Los Angeles, including materials showing all investigative steps taken: 1) in connection with any habeas proceedings in 2018 and/or 2019, and 2) prior to trial in May 2023.

This request should not be interpreted as a request for any attorney-client privileged materials, however, you should provide a privilege log identifying any documents withheld on the basis of attorney-client. The log should include the date the document was created, the type of document, the name of the document (or description), the author(s), the recipient(s), and the basis for withholding the document.

Please produce these materials electronically, via the following Sharelink:
https://adkfirm.sharefile.com/r-re6b1476dbea34b908dc9c96f86f3b880
If you are unable to produce the materials electronically, please mail a copy of the records to the following:

    ATTN: KAREN E. ESCALANTE
    445 S. Figueroa St., Suite 2300
    Los Angeles, CA 90071

Please also provide a custodian of records declaration in the form attached.

**MARTIS CHILDS v. COUNTY OF LOS ANGELES, ET AL.**

**CASE NO. 2:25-CV-00415-ODW (SKX)**

<u>**Custodian of Records Declaration**</u>

I, _____, declare and certify that:

1. I am over 18 years of age. I am currently employed by _____. I am a duly authorized custodian of records for _____ located at _____, CA.

2. Each of the records attached hereto is the original record or a true copy of the original record in the custody and control of _____. I am the custodian of the attached records and am authorized to certify the attached records.

3. I have produced the records attached, which are subject to this certification, in connection with the subpoena duces tecum served upon me in the above captioned matter.

4. I hereby certify that all records attached hereto were made at or near the time of the act, condition, or event by, or from information transmitted by, a person with knowledge of those matters.

5. The records attached were kept in the course of a regularly conducted business activity of _____ and were made by _____ as a regular practice of that activity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _____                    Signature: _____

                                                                                Name: _____