UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-00415-ODW (SKx) | Date | August 20, 2025 |
|---|---|---|---|
| Title | *Martis Childs v. County of Los Angeles et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**          **In Chambers**


On July 22, 2025, this case has been reassigned to Judge Otis D. Wright, II.  (ECF No. 31.)  The case schedule previously issued set dates that are unavailable on this Court's calendar.  Accordingly, a revised Scheduling and Case Management Order will issue.


_____ :     00

Initials of Preparer     SE