# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIS CHILDS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, BARRY HALL, and DOES 1–10,<br><br>　　　　Defendants. | Case No. 25-cv-415-ODW(SKx)<br><br>*Hon. Judge Otis D. Wright*<br>*Hon. Magistrate Judge Steve Kim*<br><br>**ORDER GRANTING JOINT REQUEST AND STIPULATION TO MODIFY SCHEDULING ORDER TO CONTINUE EXPERT DISCOVERY CUT-OFF** |

The Court, having reviewed the Joint Stipulation submitted by the Parties, and good cause appearing, hereby ORDERS as follows:

The Scheduling Order is hereby modified and the following deadlines are established:

| Deadline | Current Date | Proposed Date |
| --- | --- | --- |
| Initial Expert Disclosures | December 29, 2025 | February 9, 2026 |
| Rebuttal Expert Disclosures | January 20, 2026 | February 23, 2026 |
| Expert Discovery Cutoff | February 23, 2026 | March 9, 2026 |
| Last day for hearing motions | March 23, 2026 | April 20, 2026 |

All other dates and deadlines set forth in the Scheduling and Case Management Order remain in effect.

**IT IS SO ORDERED**.

DATED: December 12, 2025

_____
HON. OTIS D. WRIGHT II
United States District Judge