**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIS CHILDS,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; RICHARD BIDDLE; KENT WEGENER; BARRY HALL; DOES 1-10,<br><br>Defendants. | Case No.: 2:25-cv-415-ODW (SKx)<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL DATES AND DEADLINES** |

PLEASE TAKE NOTICE in accordance with L.R. 16-15.7 and L.R. 40-2 that the parties have reached a settlement of this entire case for a specified amount. The settlement is between Plaintiff MARTIS CHILDS and Defendants COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, and BARRY HALL, by and through their attorneys of record, and is conditioned on approval by the Los Angeles County Claims Board and Board of Supervisors.

Upon finalization of the settlement, the entire case and all defendants shall be dismissed with prejudice. The County shall make reasonable efforts to finalize the settlement on or before January 31, 2027. The parties will file a Stipulation for Dismissal with Prejudice within 7 days of receipt of the settlement funds.

1

Thus, the parties request and hereby stipulate that all hearing dates and deadlines be vacated and that all proceedings be stayed pending finalization of the settlement. Further, the parties request that a status conference be scheduled in September 2026 to allow the Court to monitor the progress of the settlement and ensure its timely completion.

The parties respectfully request the Court enter an order consistent with this stipulation.

Dated: April 6, 2026           **LAW OFFICES OF DALE K. GALIPO**

By:    /s/    *Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne[1]

*Attorneys for Plaintiff*

Dated: April 6, 2026        By:    */s/ Adam D. Kamenstein*
Adam Kamenstein
Christine Adams
Karen Escalante
ADAMS, DUERK & KAMENSTEIN LLP

*Attorneys for Defendants*
COUNTY OF LOS ANGELES, RICHARD BIDDLE, KENT WEGENER, and BARRY HALL

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

2