# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MARTIS CHILDS,

              Plaintiff,

      vs.

COUNTY OF LOS ANGELES; RICHARD BIDDLE; KENT WEGENER; BARRY HALL; DOES 1-10,

              Defendants.

Case No.: 2:25-cv-415-ODW (SKx)

**[PROPOSED] ORDER**

1

Pursuant to the stipulation by and between the parties, through their respective attorneys of record, IT IS HEREBY ORDERED that all hearing dates and deadlines are VACATED, and all proceedings are STAYED pending finalization of the settlement. A status conference is scheduled for _____ to allow the Court to monitor the progress of the settlement and ensure its timely completion.

**IT IS SO ORDERED.**

DATED:                                          _____
                                                HON. OTIS D. WRIGHT II
                                                United States District Judge

2