UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-00415-ODW (SKx) | Date | April 13, 2026 |
|---|---|---|---|
| Title | *Martis Childs v. County of Los Angeles et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**             **In Chambers**

On April 6, 2026, the parties' filed a Joint Notice of Settlement and Request to Vacate All Dates and Deadlines, (Dkt. No. 41), indicating that the parties have settled the case. The parties indicate that the settlement is to be presented to the Los Angeles County Claims Board for approval on or before January 31, 2027. (*Id.*) Accordingly, the Court hereby **ORDERS**:

1. This action is placed on inactive status. The parties shall provide a status report regarding the Claims Board's approval of the settlement every 90 days, with the first status report to be filed on **July 1, 2026**;

2. If the Claims Board approves the settlement before January 31, 2027, the parties must immediately notify the Court by filing a status report or a dismissal that complies with Federal Rule of Civil Procedure 41;

3. Failure to timely comply with this order shall result in dismissal of this action; and

4. All other dates and deadlines in this action are **VACATED** and taken off calendar.

**IT IS SO ORDERED.**

                                                            :      00

                                Initials of Preparer    SE