**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff*

LAW OFFICES OF DALE K. GALIPO CIVIL RIGHTS ATTORNEYS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIS CHILDS,<br>Plaintiff,<br>vs.<br>COUNTY OF LOS ANGELES et al.,<br>Defendants. | Case No.: 2:25-cv-00415-ODW (SKx)<br>Honorable Otis D. Wright II<br><br>**STATUS REPORT** |

## STATUS REPORT

Pursuant to the Court's April 13, 2026, Order placing this action on inactive status (Dkt. 42), Plaintiff Martis Childs and Defendant County of Los Angeles (collectively, the "parties") respectfully submit this Joint Status Report regarding the status of the Los Angeles County Claims Board's approval of the parties' settlement.

1. On April 6, 2026, the parties filed a Joint Notice of Settlement and Request to Vacate All Dates and Deadlines (Dkt. 41), advising the Court that they had reached a conditional settlement resolving this action.

2. On April 13, 2026, the Court placed this action on inactive status and ordered the parties to file a status report regarding the Claims Board's approval of the settlement every ninety (90) days. (Dkt. 42.) In accordance with the Court's

Order, the parties filed their first status report on July 1, 2026. (Dkt. 43.) The parties' second status report is due on or about September 29, 2026.

3. The conditional settlement remains in the process of review and approval by the County of Los Angeles. Specifically, the affected County departments are in the process of finalizing documents to be presented to the Los Angeles County Claims Board and Los Angeles County Board of Supervisors for their review and consideration. It is anticipated that the conditional settlement could be presented to the Los Angeles County Claims Board in early November 2026. Once the conditional settlement is presented to the Claims Board, it typically takes approximately three additional months for the conditional settlement to be presented at a meeting of the Board of Supervisors' Public Safety Cluster and for final consideration by the Board of Supervisors.

4. The parties will continue to pursue final approval of the settlement and will file their next status report within ninety (90) days, and on or before December 28, 2026. Consistent with the Court's Order, the parties will

///

///

LAW OFFICES OF DALE K. GALIPO CIVIL RIGHTS ATTORNEYS

LAW OFFICES OF DALE K. GALIPO
CIVIL RIGHTS ATTORNEYS

immediately notify the Court upon approval of the settlement by filing a further status report or an appropriate dismissal pursuant to Federal Rule of Civil Procedure 41.

Dated: September 29, 2026

**LAW OFFICES OF DALE K. GALIPO**

By: */s/ Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne[1]
*Attorneys for Plaintiff*

Dated: September 29, 2026

Respectfully submitted,

**ADAMS, DUERK & KAMENSTEIN LLP**

By: */s/ Adam D. Kamenstein*
Adam D. Kamenstein
Karen E. Escalante

*Attorneys for Defendants*

COUNTY OF LOS ANGELES,
RICHARD BIDDLE,
KENT WEGENER,
BARRY HALL

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.